**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 98-60154**
_____

**GEORGE S LEE; THOMAS L PRICE; ALLEN G HOLDER; EVERETT O FREEMAN,**

**Plaintiffs-Appellants,**

**versus**

**STATE OF MISSISSIPPI; MIKE MOORE, Mississippi Attorney General,**

**Defendants-Appellees.**

_____

**Appeal from the United States District Court**
**for the Southern District of Mississippi**
**(2:96-CV-0380-PG)**
_____

May 6, 1999

Before JONES, DUHÉ, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

> AFFIRMED. See 5th Cir. R. 47.6.

---

[*]     Pursuant to 5th Cir. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.